IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01349-WYD-MJW

CONTINENTAL CREDIT CORPORATION, a Colorado corporation,

Plaintiff,

v.

JEFFREY DRAGOVICH, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Amended Motion for Entry of Stipulated Protective Order and Request for Expedited Review (docket no. 25) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 25-1) is APPROVED and made an Order of Court.

     It is FURTHER ORDERED that the Defendant's Motion for Entry of Protective Order and Request for Expedited Review (docket no. 22) is MOOT and therefore DENIED based upon this court's ruling on docket no. 25 above.

     It is FURTHER ORDERED that the hearing before Magistrate Judge Watanabe concerning Defendant's Motion for Entry of Protective Order and Request for Expedited Review (docket no. 22) on June 25, 2013 at 10:00 a.m. is VACATED.

Date: June 25, 2013