IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01349-WYD-MJW

CONTINENTAL CREDIT CORPORATION, a Colorado corporation,

    Plaintiff,

v.

JEFFREY DRAGOVICH, an Individual,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    This matter comes before the Court on a review of the docket.  In light of my Order dated July 1, 2013 (ECF No. 32) and the rulings made on the record at the June 28, 2013 hearing, Plaintiff's motion for leave to restrict document (ECF No. 29) and Defendant's motion for leave to file response (ECF No. 30) are **DENIED AS MOOT.**

    Dated:  October 2, 2013