IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01349-WYD-MJW

CONTINENTAL CREDIT CORPORATION, a Colorado corporation,

Plaintiff,

v.

JEFFREY DRAGOVICH, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Unopposed Motion Under Fed. R. Civ. P. 16(b)(4) to Modify the Scheduling Order (Docket No. 46) is GRANTED as follows. The Scheduling Order (Docket No. 39) is amended to extend: (1) the parties' deadline to serve interrogatories and requests for production of documents and/or admissions to February 28, 2014; (2) fact discovery cut-off for the parties to March 28, 2014; and (3) the deadline to file dispositive motions to April 18, 2014.

Date: January 22, 2014