IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01349-WYD-MJW

CONTINENTAL CREDIT CORPORATION, a Colorado corporation,

Plaintiff,

v.

JEFFREY DRAGOVICH, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Second Unopposed Motion Under Fed. R. Civ. P. 16(b)(4) to Modify Scheduling Order (Docket No. 49) is GRANTED. The Scheduling Order (Docket No. 39) is amended to extend the fact discovery cut-off to April 18, 2014.

Date: March 26, 2014