IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01349-WYD-MJW

CONTINENTAL CREDIT CORPORATION, a Colorado corporation,

    Plaintiff,

v.

JEFFREY DRAGOVICH, an Individual,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER, coming before the Court upon the Parties' Stipulation of Dismissal with Prejudice, and being fully advised in the premises, it is hereby

ORDERED that this matter is now **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated:  May 9, 2014

                                            BY THE COURT:

                                            /s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE